# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

**Case Number: 6:00-CR-162-ORL-22DAB**

ROBERT REYNOLDS BUCKLER

**USM Number: 17964-018**

Clarence W. Counts, Jr., AFPD
201 S. Orange Ave., Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Five and Six of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Positive Urinalysis for Cocaine | January 9, 2008 |
| Two | Positive Urinalysis for Cocaine | January 15, 2008 |
| Three | Positive Urinalysis for Cocaine | January 29, 2008 |
| Four | Positive Urinalysis for Cocaine | February 1, 2008 |
| Five | Positive Urinalysis for Cocaine | February 12, 2008 |
| Six | Positive Urinalysis for Cocaine | February 19, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

6/19/2008

ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

June 19, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

ROBERT REYNOLDS BUCKLER  
6:00-CR-162-ORL-22DAB

Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Four Months**.

The Court recommends to the Bureau of Prisons the defendant be placed in a medical facility and be provided with drug treatment while in the custody of the Bureau of Prisons.

It is FURTHER ORDERED

The defendant shall cooperate in the **collection of DNA, as directed by the Probation Officer** and that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case